# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Tagir Shikhkerimov,

        Petitioner,

v.

Unknown Party,

        Respondent.

No. CV-25-04892-PHX-JJT (DMF)

**ORDER**

At issue is the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 filed on behalf of Tagir Shikhkerimov by his "next friend," Turpal Ali Muskhadzhiev. There is no indication Mr. Muskhadzhiev is an attorney or admitted to the District Court. Mr. Muskhadzhiev therefore may not represent Mr. Shikhkerimov in this matter. *C.E. Pope Equity Tr. v. United States*, 818 F.2d 696, 697 (9th Cir. 1987) (stating "[a]lthough a non-attorney may appear *in propria persona* in his own behalf, that privilege is personal to him," and "[h]e has no authority to appear as attorney for others than himself" (citations omitted)). Nor may Mr. Muskhadzhiev appear and or litigate as Mr. Shikhkerimov's "next friend" (thus invoking the theory of agency standing), as appearing in that capacity is limited to situations where the real party in interest is either a minor or is deemed incompetent. There is no information or suggestion that Mr. Shikhkerimov is a minor or that he has been declared incompetent or otherwise deemed so. Mr. Shikhkerimov may bring an action through bar admitted counsel or in propria persona, but he may not bring

or maintain it through a next friend under the present circumstances, nor may he be represented by a non-lawyer.

**IT IS THEREFORE ORDERED** dismissing this matter without prejudice to Mr. Shikhkerimov.  The Clerk of Court shall close this matter.

Dated this 7th day of January, 2026.

_____
Honorable John J. Tuchi
United States District Judge

- 2 -